# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# at COVINGTON

**CIVIL ACTION NO. 07-186-DLB**

**SCOTT STUDER, ET AL.**                                                                           **PLAINTIFFS**P

**vs.**                                                      **JUDGMENT**

**A PLUS BENEFITS, INC., ET AL.**                                         **DEFENDANTS**

\*     \*     \*     \*     \*

Pursuant to the Memorandum Opinion and Order entered contemporaneously herewith,

**IT IS ORDERED AND ADJUDGED**:

1. that the administrative decision is **AFFIRMED,** and judgment is hereby **GRANTED** for the Defendants;

2. that this matter is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of this Court;

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** order.

This 18th day of May, 2009.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\Opinions\2-07-186-Judgment.wpd